ACCEPTED
03-15-00489-CR
7013994
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 12:49:03 PM
JEFFREY D. KYLE
CLERK

# CASE NUMBER 03-15-00489-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/21/2015 12:49:03 PM
JEFFREY D. KYLE
Clerk

**JACK HAMILTON CARR**

COURT OF APPEALS

Appellant

VS.

**THIRD DISTRICT OF TEXAS**

**THE STATE OF TEXAS**

AUSTIN, TEXAS

### On appeal from the County Court at Law Number One

Hays County, Texas

Cause Number 100080

# MOTION FOR LEAVE TO WITHDRAW

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.        Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*em* ellic@sahuallalaw.com

# IDENTITY OF PARTIES & COUNSEL

## Appellate Parties

**MR. JACK HAMILTON CARR**
Appellant

**THE STATE OF TEXAS**

## Appellate Counsel

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*em* ellic@sahuallalaw.com

**THE HONORABLE WES MAU**
Counsel for the State
State Bar Number 00784539

712 S. Stagecoach Trail, Ste. 2057
San Marcos, Texas 78666
*ph* (512) 393-7600    *fax* (512) 393-7619
*em* wes.mau@co.hays.tx.us

# Motion for Leave to Withdraw

To the Honorable Court:

Ellic Sahualla ("Counsel"), counsel for the appellant ("Carr"), is moving for leave to withdraw and would show the following:

## Relevant Background & Grounds for Withdrawal

The relevant background and grounds for withdrawal are described in detail in the attached motion to withdraw filed with and signed by the trial court. In short, however, Carr is in a dispute with the trial court over what documentation he should be required to provide to prove he is indigent.

Carr has informed Counsel and the trial court (via affidavit) that he is indigent and cannot afford an attorney or the appellate record. The trial court has indicated it will not pay Counsel for appellate work or provide the record free of charge without an IRS transcript covering the last several years from Carr, who has refused to provide one because he believes he is being singled out to dissuade him from pursing this appeal. Given this impasse, continued representation on appeal would result in an unreasonable financial burden on Counsel.

## Required Contents

The following content is required by Tex. R. App. Proc. 6.5 (a):

(1) The current deadlines in this case are for the reporter's and clerk's records, which are due on September 28, 2015; should they be filed on that date, Counsel would expect Carr's brief to be due on October 28, 2015. There are currently no settings in this case.

(2) The party who Counsel wishes to withdraw from representing is Jack Hamilton Carr, whose last known address is 166 Plum Creek Lane in Dripping Springs, Texas 78620, and whose last known telephone number is (512) 214-0936.

(3) A copy of this motion was delivered to Carr by mailing it—both by certified and first-class mail—to him at his last known address.

(4) Carr was notified in writing of the right to object to this motion.

## Verification

This motion does not need to be verified because the facts it depends on are within the personal knowledge of Counsel, whose signature appears below.

## Prayer

Counsel moves this court to grant this motion and allow Counsel to withdraw.

RESPECTFULLY,

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.          Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*em* ellic@sahuallalaw.com

# CERTIFICATE OF SERVICE

I certify that on September 21, 2015, a true and correct copy of this document was served on the Honorable Wes Mau (whose address is 712 S. Stagecoach Trail, Ste. 2057, San Marcos, Texas 78666) through the electronic filing manager.

**MR. ELLIC SAHUALLA**
Counsel for Appellant
State Bar Number 24057365

600 W. 13th St.      Austin, Texas 78701
*ph* (512) 921-8247     *fax* (512) 451-5882
*em* ellic@sahuallalaw.com

CAUSE NO. **100080**

| THE STATE OF TEXAS | COUNTY COURT |
|---|---|
| VS. | AT LAW |
| JACK HAMILTON CARR | HAYS COUNTY, TEXAS |

## MOTION TO WITHDRAW

TO THE HONORABLE JUDGE OF THIS COURT:

Ellic Sahualla, trial counsel ("Counsel") for the defendant ("Carr"), wishes to withdraw from the representation of Carr and would show the following:

### I.    GROUNDS FOR WITHDRAWAL

Counsel was appointed to represent Carr, who pursued a jury trial in this case. Carr was convicted on July 8, 2015, and sentence was imposed in open court on July 30, 2015. At sentencing, Counsel assisted Carr in informing the court that he wished to pursue an appeal and requesting appointed counsel. The court instructed Carr to fill out a new application for an appointed attorney so it could determine whether he was still indigent.

When Carr did, he was asked to provide an Internal Revenue Service transcript showing the last several years of his income for verification purposes. Carr refused, believing other applicants were not asked for such verification and that he was being singled out to dissuade him from pursuing an appeal. In light of the situation, Counsel timely filed a notice of appeal on August 4, 2015 and docketed the case with the Third Court of Appeals shortly thereafter to protect Carr's interests.

No court appointed attorney—Counsel or otherwise—has been provided for Carr as of this filing. Counsel is qualified and willing to accept appointment to pursue an appeal in this matter. However, even if Counsel were to accept the case *pro bono*, Counsel is (naturally) unwilling to pay for the record out of pocket, so further representation would result in an unreasonable financial burden on Counsel.

### II.    LEGAL STANDARDS

Generally, a lawyer may withdraw if "the representation will result in an unreasonable financial burden on the lawyer." TEX. DISCIPLINARY R. PROF'L CONDUCT 1.15 (b)(6). A lawyer may also withdraw for any other good cause shown. *Id.* (b)(7). After withdrawal, the lawyer "shall take steps to the extent reasonably practicable to protect a client's interests." *Id.* (d).

An attorney appointed to represent a client in a criminal case must "represent the defendant until . . . appeals are exhausted, or the attorney is permitted or ordered by the court to withdraw as counsel . . . after a finding of good cause is entered on the record." TEX. CODE CRIM. PROC. ANN. art. 26.04 (j)(2) (West 2006). If a defendant is not otherwise represented on appeal and wishes to pursue one, appointed trial counsel must "assist the defendant in requesting the prompt appointment of

replacement counsel" before withdrawing, and if appellate counsel is "not appointed promptly [trial counsel must] file a timely notice of appeal." *Id.* (j)(3).

III.   PRAYER

Counsel moves this court to grant this motion and allow Counsel to withdraw from the representation of Carr.

RESPECTFULLY,

ELLIC SAHUALLA
Counsel for the Defendant
State Bar Number 24057365

600 W. 13th St.      Austin, Texas 78701
*ph* (512) 921-8247   *fax* (512) 451-5882
*em* ellic@sahuallalaw.com

APPROVED AS TO FORM:

JACK HAMILTON CARR
Defendant

CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on the Hays County Criminal District Attorney's Office in person on September 17, 2015.

ELLIC SAHUALLA
Counsel for the Defendant

CAUSE NO. **100080**

| THE STATE OF TEXAS | COUNTY COURT |
| --- | --- |
| VS. | AT LAW |
| **JACK HAMILTON CARR** | HAYS COUNTY, TEXAS |

### ORDER ON MOTION TO WITHDRAW

After considering the motion to withdraw filed in this case, this court is of the opinion that it should be:

☒ GRANTED, and it is ordered that Ellic Sahualla has withdrawn from the representation of the defendant and is no longer the defendant's attorney of record in this case.

☐ DENIED, to which the defendant and defense counsel object.

Signed on _Sept 17_, 2015.

_____
JUDGE PRESIDING